UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>        Plaintiff,<br><br>   vs.<br><br>Theodore Sirlin; Darrin A. Dolle, Inc.; and Does 1-10,<br><br>        Defendants. | Case No. 2:13-CV-01806-LKK-CKD<br><br>**ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT AND SETTING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Based upon the Stipulation To Set Aside Clerk's Entry of Default Against Darrin A. Dolle, Inc., and Providing Time to Respond to Complaint filed by Plaintiff Scott Johnson and Defendant Darrin A. Dolle, Inc., through their respective counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1.   The Clerk's Entry of Default against Defendant Darrin A. Dolle, Inc., is hereby set aside and vacated.

2.   Defendant Darrin A. Dolle, Inc., shall be given 21 days after notice of entry of this Order is served on said Defendant's legal counsel to answer or otherwise plead to the complaint on file.

Dated: November 13, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT