UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>THEODORE SIRLIN, DARRIN A. DOLLE, INC., and DOES 1-10,<br><br>          Defendants. | No. CIV. S-13-1806 LKK/CKD<br><br><br>**ORDER** |

   On August 30, 2013, plaintiff Scott Johnson filed this action against Theodore Sirlin and Darrin A. Dolle, Inc. ("Dolle"), seeking injunctive relief for alleged violations of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101, et seq., and damages for alleged violations of state law. ECF No. 1. On October 28, 2013, at plaintiff's request, the Clerk of the Court entered a default against Dolle. ECF No. 6. Upon the stipulation of plaintiff and Dolle, the default was set aside on November 13, 2013, and Dolle was granted 21 days to respond to the Complaint. ECF No. 9.

   On December 16, 2013, almost two weeks after the 21-day

1

deadline, defendant filed its response to the complaint, entitling it a "Motion To Dismiss, or in the Alternative, Motion for Summary Judgment or Partial Summary Judgment." ECF No. 10. The Motion was entirely dependent upon evidence external to the complaint and not subject to judicial notice. Plaintiff has neither objected to the untimeliness of defendant's response, nor has he filed an opposition or Statement of Non-Opposition to defendant's motion, nor has he requested additional time to respond to the motion.

Accordingly, the court orders as follows:

1. Defendant's motion to dismiss, is **DENIED**;

2. Plaintiff's opposition or Statement of Non-opposition to defendant's alternative motion for summary judgment or partial summary judgment shall be filed no later than January 13, 2014 at 4:30 p.m.; defendant's reply, if any, shall be filed no later than January 17, 2014 at 4:30 p.m.; the hearing on this motion is hereby **CONTINUED** to Friday, January 31, 2014.

3. Defendant is **ORDERED TO SHOW CAUSE** in writing, no later than seven (7) calendar days from the date of this order, why it should not be sanctioned $150, or suffer a default judgment, for violating the court's order to respond to the Complaint within 21 days.

4. Plaintiff is **ORDERED TO SHOW CAUSE** in writing, no later than seven (7) calendar days from the date of this order, why he should not be sanctioned $150, or suffer the dismissal of the Complaint, for violating E.D. Cal. R. 230(c), by failing to file an opposition or Statement of Non-opposition to defendant's motion.

2

```
       IT IS SO ORDERED.

       DATED:  January 7, 2014.



                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT
```

3