UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THEODORE SIRLIN, DARRIN A. DOLLE, INC., and DOES 1-10,<br><br>    Defendants. | No. CIV. S-13-1806 LKK/CKD<br><br><br><br>**ORDER** |

On January 7, 2014, this court issued an Order To Show Cause ("OSC") why both plaintiff's and defendant's counsel should not be sanctioned for failing to file timely papers. Both counsel have now satisfactorily explained the lapses. Accordingly, the OSC as to both (ECF No. 20), is hereby **DISCHARGED**.

IT IS SO ORDERED.

DATED: January 14, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1