UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>THEODORE SIRLIN, DARRIN A. DOLLE, INC., and DOES 1-10,<br><br>            Defendants. | No. CIV. S-13-1806 LKK/CKD<br><br><br><br>**ORDER** |

Pending before the court are (1) defendant's motion for summary judgment, scheduled for January 31, 2014,[1] and (2) plaintiff's motion to amend his complaint, scheduled for March 3, 2014.

It appears that plaintiff has the right to amend his complaint once as a matter of course, having filed the motion to amend within 21 days of defendant's Answer.  <u>See</u> Fed. R. Civ. P. 15(a)(1)(B).

Accordingly, the court orders as follows:

---

[1] Defendant's concurrently filed motion to dismiss was denied.  (ECF No. 20).

1

1.   Plaintiff's motion to amend the Complaint (ECF No. 27) is hereby **GRANTED**.  Plaintiff shall file his First Amended Complaint within ten (10) days of this order.

2.   Defendant's motion for summary judgment (ECF No. 10), is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED:  January 21, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT