UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>THEODORE SIRLIN, DARRIN A. DOLLE, INC., and DOES 1-10,<br><br>        Defendants. | No. CIV. S-13-1806 LKK/CKD<br><br><br>**ORDER** |

A status conference was held in chambers on February 3, 2014. After hearing, the court orders as follows:

A further status conference is set for March 24, 2014 at 10:00 a.m. The parties shall file updated status reports fourteen (14) days preceding the status conference.

IT IS SO ORDERED.

DATED: February 4, 2014.

                                                    LAWRENCE K. KARLTON
                                                    SENIOR JUDGE
                                                    UNITED STATES DISTRICT COURT