1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                      No. CIV. S-13-1806 LKK/CKD

12              Plaintiff,

13        v.                             **ORDER**

14   THEODORE SIRLIN, DARRIN A.
     DOLLE, INC., and DOES 1-10,
15
16              Defendants.

17

18        Defendant seeks reconsideration of the court's order

19   granting plaintiff's motion to amend the complaint.  The court

20   finds that this motion may be determined based upon the papers,

21   and without the need for oral argument.  Accordingly, the hearing

22   scheduled for March 17, 2014 is hereby **VACATED.**

23        In the challenged order (ECF No. 32), the court held that

24   plaintiff could amend his complaint as of right, since he moved

25   to do so within 21 days of defendant's Answer.  <u>See</u> Fed. R. Civ.

26   P. 15(a)(1)(B).  Defendant argues here that its motion, labeled

27   as a Rule 12(b) motion, started the 21-day clock running, and

28   that plaintiff's time to amend had therefore already expired

                                     1

before plaintiff sought leave to amend the complaint.

The court remains in doubt that defendant's motion was a true Rule 12(b) motion, as opposed to a summary judgment motion masquerading as a dismissal motion.  There is no need to resolve the issue, however, because plaintiff's motion to amend established that this was plaintiff's first request to amend the complaint, there was good cause to amend it, there was a lack of prejudice to defendant, and the amendment would not be futile. Whether the motion to amend was grantable as of right or for good cause, then, it was properly granted.

Defendant's motion for reconsideration is accordingly **DENIED.**

IT IS SO ORDERED.

DATED:  February 28, 2014.




_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT