UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>   Plaintiff,<br><br>   v.<br><br>Theodore Sirlin, in his individual and representative capacity as Trustee, Sirlin Family Trust 1991 Decedents Trust;<br>Darrin A. Dolle, Inc., a California Corporation; and Does 1-10,<br><br>   Defendants. | Case: 2:13-CV-01806-LKK-CKD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefor, this action is hereby **DISMISSED** with prejudice, each party to bear his or its own attorneys' fees and costs.  All dates in this case are **VACATED.**  The Clerk is directed to close this case.  The court shall retain jurisdiction to enforce the terms of the settlement.

Dated:  March 12, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation for Dismissal          Case: 2:13-CV-01806-LKK-CKD